IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:14-cr-00007 |
| | ) | The Hon. Robert E. Payne |
| CHARLES D. BOOKER, | ) | |
| | ) | |
| *Defendant*. | ) | |

**DEFENDANT'S MOTION TO EXPEDITE COMPASSIONATE RELEASE RELIEF**

Defendant, Charles D. Booker, by counsel, submits his Motion to Expedite this Court's resolution of his pending compassionate release motion, provide some explanation as to why the decision on his pending motion is taking so long, or provide Mr. Booker with a hearing so he can better articulate the reasons he believes he deserves relief.

The initial Motion for Compassionate Release was filed on October 4, 2021. Counsel was appointed for Mr. Booker – the Federal Public Defender's Office - on October 15, 2021; however, counsel was compelled to withdraw. New counsel, Ms. Hinkle, was appointed to represent Mr. Booker on November 15, 2021. Counsel filed the First Motion for Compassionate Release on February 21, 2022. A First Step Act Work Sheet was prepared and filed by the probation office on February 25, 2022, indicating that he may no longer qualify as a career offender. ECF No. 59. The government filed its response on March 4, 2022, and the petitioner replied on March 9, 2022. A supplemental reply was filed on March 21, 2022.

On March 29, 2022, this Court ordered additional briefing; the government and the Petitioner responded on April 8, 2022 and April 24, 2022, respectively. On August 18, 2022, this Court denied Mr. Booker's motion without prejudice based on failure to exhaust administrative remedies. On November 8, 2022, Mr. Booker, *pro se*, filed a Motion for Compassionate Release

pursuant to 18 U.S.C. § 3582(c)(1)(A), and a motion to appoint counsel. This Court appointed undersigned counsel to represent Mr. Booker on December 5, 2022; counsel filed a supplemental motion for compassionate release on January 4, 2023. The government responded on January 19, 2023, and petitioner replied on January 24, 2023. No action has been taken by this Court, nor has there been any communication from the Court since its Order of December 5, 2022.

Petitioner has filed a series of supplements, motions and letters since the reply was filed on January 24, 2023, to include: (1) a letter from Counselor Graham on January 30, 2023 (ECF No. 77; (2) a request for status of pending motion on November 6, 2023 (ECF No. 78); (3) a motion for compassionate release pursuant to amended policy statement on November 29, 2023 (ECF No. 79); (4) a supplemental memorandum on May 14, 2024 (ECF No. 80); (5) a letter from Mr. Booker on August 22, 2024 (ECF No. 81); (6) a motion for compassionate release supplement on August 30, 2024 (ECF No. 82); and (7) a motion for compassionate release second supplement on February 20, 2025 (ECF No. 83). In the two most recent filings, Mr. Booker advised the district court that he wishes counsel to seek mandamus review in the absence of any action by the court (ECF No. 82 at 5; ECF No. 83 at 2-3).

Mr. Booker requests that this Court resolve his motion, explain the delay in ruling on his motion, or schedule the matter for a hearing so Mr. Booker can address any questions the Court may have. He again advises the Court that he intends to seek mandamus review in the absence of a swift resolution of his pending motion.

       Respectfully submitted,

       **Charles D. Booker**

By:     /s/
       Robert J. Wagner
       Va. Bar No. 27493
       Robert J. Wagner, PLC
       Attorney for Mr. Booker
       101 Shockoe Slip, Suite J
       Richmond, VA 23219
       (804) 814-8172
       (804) 494-5620 (fax)
       robwagnerlaw@gmail.com