IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                Criminal No. 3:14cr7

CHARLES D. BOOKER,

    Defendant.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that DEFENDANT'S SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE PURSUANT [sic ] SECTION 603(b) OF THE FIRST STEP ACT (ECF No. 73) is granted and the JUDGMENT IN A CRIMINAL CASE (ECF No. 33) filed May 21, 2014 is amended to reduce the term of imprisonment from 196 (reduced from 262 months) months to time served as of November 17, 2025. In all other respects the JUDGMENT IN A CRIMINAL CASE (ECF No. 33) filed on May 21, 2014 shall remain unaffected and shall continue in full force and effect.

It is further ORDERED that the following motions are denied as moot:

- MOTION FOR COMPASSIONATE RELEASE PURSUANT TO § 3582(C)(1)(A) (ECF No. 69)
- DEFENDANT'S REQUEST FOR STATUS OF PENDING MOTION (ECF No. 78)

- DEFENDANT'S REQUEST FOR COMPASSIONATE RELEASE RELIEF PURSUANT TO AMENDED POLICY STATEMENT (ECF No. 79)
- DEFENDANTS MOTION TO EXPEDITE COMPASSIONATE RELEASE RELIEF (ECF No. 84)

The Clerk is directed to send a copy of this Order to all counsel of record, the defendant, the United States Marshal and the Probation Office. The United States Attorney and the United States Probation Office are directed to assure that the Order is filed with the Bureau of Prisons' Designation and Sentence Computation Center.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 14, 2025